UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA BIN-AHMAD AL-HAWSAWI, )<br>)<br>)<br>Petitioner, )<br>v. )<br>)<br>ROBERT M. GATES *et al.*, )<br>)<br>Respondents. ) | Civil Case No. 08-1645 (RJL) |

ORDER
(November 7, 2008)

It is hereby

**ORDERED** that the parties shall each submit a status report on or before **November 21, 2008**. The status report shall be no longer than ten (10) pages single-spaced.

Each report shall:

    A.    identify any administrative issues in the case (e.g., a protective order) that need to be resolved;

    B.    provide a concise statement of the factual history surrounding each petitioner's detention;

    C.    indicate whether the petitioner has been, or will soon be, transferred out of Guantanamo Bay, Cuba;

D.  indicate whether the petitioner has duplicate petitions filed on their behalf, and address which of the duplicate petitions should be dismissed;

E.  indicate whether the petitioner have been charged with war crimes under the Military Commissions Act of 2006;

F.  indicate whether the petitioner intends to seek discovery; and

G.  identify any collateral issues;

It is further

**ORDERED** that counsel for the petitioners and the government shall report to Courtroom 18 on **December 4, 2008** at **2:30 pm** for a status conference:

**SO ORDERED.**

RICHARD J. LEON
United States District Judge